Filed 6/10/15  P. v. Chavez CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E062372 |
| v. | (Super.Ct.No. FVI1401463) |
| JAMIE JUAREZ-CHAVEZ, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  John M. Tomberlin, Judge.  Affirmed.

Cindi B. Mishkin, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

# I

## STATEMENT OF THE CASE

On April 23, 2014, a felony complaint charged defendant and appellant Jamie Juarez-Chavez with violating Penal Code section 422,[1] making criminal threats, with personal use of a deadly weapon, a knife under section 12022, subdivision (b)(1) (count 1). On May 1, 2014, defendant pled guilty to an added count, trespass with a threat of injury under section 601, subdivision (a) (count 2). The parties stipulated that the factual basis could be found in the police reports. The trial court suspended the imposition of defendant's sentence, placed her on supervised probation for 36 months, and ordered her to comply with various terms and conditions.

On June 23, 2014, the probation department alleged that defendant violated four different terms of her probation. On July 7, 2014, the court revoked defendant's probation and issued a bench warrant.

On October 21, 2014, defendant admitted that she had violated the fourth term of probation in that she failed to report and did not cooperate. Thereafter, the court ordered defendant to serve a three-year county prison hybrid or split sentence under section 1170, subdivision (h), as follows: 1 year 6 months in county prison with a subsequent 18 months of mandatory supervision on specified terms and conditions.

On November 4, 2014, defendant filed a notice of appeal and requested a certificate of probable cause; the trial court denied her request on November 14, 2014.

---

[1] All statutory references are to the Penal Code unless otherwise specified.

On December 2, 2014, defendant filed an amended notice of appeal, challenging "the sentence or other matters not affecting the validity of the plea," with the trial court.

## II

## STATEMENT OF FACTS[2]

A. *The Underlying Facts*

Defendant became upset with her stepfather after he had disciplined one of her children and the child began to cry. During the argument, defendant took out a folding knife and said, "I'll fucking kill you," and waved the knife at her stepfather. Defendant's mother broke up the fight between defendant and her stepfather.

B. *The Probation Violation*

The county jail released defendant from custody on May 1, 2014. She failed to report to probation as directed upon her release and had no contact with the probation department since her release.

## III
## ANALYSIS

After defendant appealed, and upon her request, this court appointed counsel to represent her. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738 setting forth a statement of the case, a summary of the facts, and potential arguable issues, and requesting this court to undertake a review of the entire record.

---

[2] Because defendant pled guilty, the statement of facts is taken from the police report that is the factual basis of defendant's plea and the probation report.

We offered defendant an opportunity to file a personal supplemental brief, but she has not done so.  Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have independently reviewed the record for potential error and find no error.

## IV

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
                                                                                              J.

We concur:

RAMIREZ
            P. J.

MILLER
            J.

4